# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MAILLET, | Case No. 2:24-cv-06901 CV (PDx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE** |
| ENDOPHYS HOLDINGS, LLC; ENDOPHYS TECHNOLOGIES, LLC; JAMES SOWELL COMPANY, L.P. | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice (Doc. # 35), and good cause having been shown, it is hereby ORDERED that the Complaint, and any and all claims for relief, in the above-captioned matter be dismissed in their entirety with prejudice pursuant to FRCP Rule 41(a)(1). Each side to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 4/1/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE